UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 16-0187 |
| VERSUS | * | JUDGE S. MAURICE HICKS, JR. |
| PAMELA GANDY | * | MAG. JUDGE KAREN L. HAYES |

<u>REPORT AND RECOMMENDATION ON</u>
<u>FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE</u>

Upon reference of the District Court pursuant to 28 U.S.C. § 636(b), and with the written and oral consent of the defendant, this cause came before the undersigned U. S. Magistrate Judge on September 19, 2016, for administration of guilty plea and allocution of the defendant, Pamela Gandy under Rule 11 of the Federal Rules of Criminal Procedure.  Defendant was present with her counsel, Ms. Betty Marak.

After said hearing, it is the finding of the undersigned that the defendant is fully competent, that her plea of guilty is knowing and voluntary, and her guilty plea to Count One of the Indictment, is fully supported by a written factual basis for each of the essential elements of the offense.  In addition, both the government and the defendant have waived their right to object to the report and recommendation.  Accordingly,

IT IS RECOMMENDED that the District Court ACCEPT the guilty plea of the defendant Pamela Gandy in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Pamela Gandy be finally adjudged guilty of the offense charged in Count One of the Indictment.

IT IS FURTHER RECOMMENDED that, pursuant to the parties' waiver of their right to

object, that the District Court immediately adopt the report and recommendation without passage of the customary delays.

      In Chambers, at Monroe, Louisiana, this 19th day of September 2016.

                                                    */s/ Karen L. Hayes*
                                                    KAREN L. HAYES
                                                    UNITED STATES MAGISTRATE JUDGE