**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO. 16-00187 |
| VERSUS | * | JUDGE S. MAURICE HICKS, JR. |
| PAMELA GANDY | * | MAG. JUDGE KAREN L. HAYES |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant Pamela Gandy and adjudges her guilty of the offense charged in Count One of the indictment against her.

**THUS DONE AND SIGNED**, in Chambers, at Shreveport, Louisiana, this 22nd day of September, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE